RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

PDR CAUSE NUMBERS
PD-1600-14
PD-1601-14
PD-1602-14

| | | |
|---|---|---|
| WILLIE EUGENE HARDEMAN,<br>Appellant | § | IN THE COURT OF |
| vs. | §<br>§<br>§<br>§ | CRIMINAL APPEALS *to* |
| STATE OF TEXAS | § | OF TEXAS |

*Granted*
*6-26-15*
*pc*
*5-18-15*

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

APPELLANT'S MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE HIS MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF THE COURT:

COMES NOW Willie Eugene Hardeman, Appellant, Pro.se,, in the above styled and numbered referenced cause, and files this motion for extension of time in which to file his motion for rehearing, pursuant to R. 10(b), Texas Rules of Appellate Proc., and would show unto this honorable court the following to wit:

I.

The above causes was appealed from the 252nd Judicial District Court of Jefferson County, Texas, in cause numbers: 10-10378, 10-10380, 10-10382, respectively, and docketed with the Texas Court of Appeals for the 9th Supreme Judicial District, cause numbers 09-13-00467-CR, 09-13-00468-CR, and 09-13-00469. Appellant's Petition for Discretionary Review as Refused by this Court on April 22, 2015.

II.

Appellant seeks to file a Motion for Rehearing, and must do so within 15 days following the decision of the Court of Criminal Appeals. The deadline in which to file his motion for rehearing is due by May 7, 2015.

Appellant received his his Official Notice from the Court of Criminal Appeals, on April 22, 2015, via the U.S. Postal Service (White Card), that his PDR had been refused.

### III.

Appeallant seeks to file his motion for rehearing at the present, but is impeded from doing so after the offender who was assisting him with his legal issues, subcummed to a fatal heart attack during the first week in April 2015, who was in possession of all of the Appellant's legal documents. Appellant has unsuccessfully tried recovering his legal materails from the deceased offender's estate, and to this date has not prevail. As of now, Appellant is compelled to repurchase all of his said documents through the Offender Trust Fund, by way of an outside purchase - as this process can take approximately three to four weeks before the funds are withdrawn from an offenders account.

Additionally, Appellant is recovering from a stroke with severe paralysis and must rely upon other offenders to assist him in pursuing his legal matters.

### IV.

Appellant has not filed for any other motions for extension of time, prior this filing.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court issue an order to extend time in which to file his Motion for Rehearing to an additional 90 days from the date in which said motion is due. Appellant prays that this and all things be granted.

Respectfully Submitted:

Willie Eugene Hardeman
TDCJ# 01891985
Jester III Unit
3 Jester Road
Richmond, Texas 77406

## UNSWORN DECLARATION

My name is Willie Eugene Hardeman, my TDCJ# is 01891985, who is currently incarcerated at the Jester III Unit, located in Fort Bend County, Texas, do hereby declare that the foregoing facts contained in this motion for extension of time are true and correct to the best of my knowledge pursuant to the penalty of perjury, as outlined in the Texas Practice and Redemies Code §132.001. So stated on this the 28th day of April 2015.

Willie Eugene Hardeman
Declarant

## CERTIFICATE OF SERVICE

I Willie Eugene Hardeman, certify that a copy of the same has been served upon the Attorney for the State, via U.S. Mail on this the 28th day of April 2015. addressed to:

Attorney General of Texas
Prosecuting Attorney
P.O. Box 12548, Capitol Sta.
Austin, Texas 78711

Willie Eugene Hardeman